618-973-4359

| Original – Unit / Copy 1 – Court (Yellow)<br>Copy 2 – Defendant (Pink) | **CITY COURT SUMMONS** | Tracking/Summons No.: |
|---|---|---|

IN THE CITY OF ST. LOUIS, MISSOURI
ST. LOUIS, MISSOURI, PLAINTIFF
VS.
DEFENDANT: Redlich      Raymond    K    12/5/51
Date: 10/31/18   Complaint Number: 18
Last / First / MI / DOB / SS#

Residence Address: 443 DeBr SA
Home Phone: 314-910-1802
Occurrence Address: 1211 Locust
Occurrence Date: 10/31/18
Occurrence Time: 1705
A.R. Number: ___

Race: W    Sex: M    Height: 5'6    Weight: 142    Eye Color: Blu    Hair Color: Grey    Build: Thin    Complexion: Fair

STATE OF MISSOURI) SS
CITY OF ST. LOUIS)

YOU ARE HEREBY SUMMONED TO APPEAR PERSONALLY BEFORE DIVISION NO. 1 OF THE CITY COURT, 1520 MARKET ST., ON 12/14/18 AT 9 O'CLOCK A. M., TO ANSWER A COMPLAINT INFORMATION CHARGING YOU WITH:

A. Operating w/o Permit _____ LOC. CHARGE CODE _____
B. _____ LOC. CHARGE CODE _____

IF YOU FAIL TO APPEAR, A WARRANT MAY BE ISSUED FOR YOUR ARREST

RETURN ON SERVICE OF SUMMONS     Domestic:  ☐ Yes  ☒ No

I HEREBY CERTIFY THAT I SERVED THE WITHIN SUMMONS: (CHECK APPROPRIATE LINE)
☑ BY DELIVERING A COPY OF THE SUMMONS TO THE ABOVE NAMED DEFENDANT.
☐ BY LEAVING A COPY OF THE SUMMONS FOR THE ABOVE NAMED DEFENDANT AT THE DWELLING PLACE OR USUAL PLACE OF ABODE OF SAID DEFENDANT WITH A PERSON OF HIS/HER FAMILY OVER THE AGE OF 15.
ALL DONE IN THE CITY OF ST. LOUIS, MISSOURI, ON THE 31 DAY OF October , 20 18 .

Signature of Defendant or Person Accepting Summons / Signature of Officer Issuing Summons: S. Owens / CT. GP. # 633 / DSN 1096364 / Assign.

Probable Cause of Arrest: Subject was operating property food w/o proper permits

MPD FORM GEN-221 (R-13) 8/09     PAGE 1 OF 1     SUPERVISOR SIGNATURE: _____

Scanned by CamScanner