UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **RAYMOND REDLICH, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:19-CV-00019 |
| | ) |
| **CITY OF ST. LOUIS,** | ) |
| | ) |
| Defendant. | ) |

### Motion to Withdraw

COMES NOW Assistant City Counselor Megan Bruyns and hereby requests leave to withdraw as co-counsel for Defendant City of St. Louis in the above captioned matter. Withdrawal is necessary because Ms. Bruyns is leaving the employ of the City of St. Louis on May 26, 2020. All other attorneys of record for Defendant will remain.

Respectfully submitted,

JULIAN BUSH
CITY COUNSELOR

/s/ Megan Bruyns
Megan G. Bruyns #69998(MO)
Assistant City Counselor
1200 Market Street
City Hall, Room 314
St. Louis, MO  63103
314.622.3366
FAX: 314.622.4956
Bruynsm@stlouis-mo.gov
*Attorney for Defendant City of St. Louis*